160 A.3d 794

COMMONWEALTH of Pennsylvania, Respondent

v.

Kenneth Lee BEAVER, Petitioner

No. 318 EAL 2016

Supreme Court of Pennsylvania.

November 9, 2016

## ORDER

PER CURIAM

**AND NOW**, this 9th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.